# EXHIBIT B

*alacourt.com's*

## Alabama SJIS Case Detail

[ Settings ] [ Parties ] [ Case Action Summary ] [ Witness List ] [ Financial ] [ Consolidated CAS ]

### Case

| Field | Value | Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|---|---|
| County | 45 | Case Number | CV 2006 000058 00 | JID | HEM | Trial | J |
| Style | SHYANDREA HESTER, ET AL VS. LOWNDES COUNTY, ET AL | | | | | | |
| Code | TBFM | Type | BAD FAITH/FRAUD/MISR | Filed | 05262006 | Track | |
| Amount | | Status | ACTIVE | Plaintiffs | 002 | Defendants | 004 |
| DJID | | Court Action | 00000000 | | | For | |
| Damages-Comp | | Damages-Pun | | Damages-Gen | | No Damages | |
| Trial Days | | Lien | | | | | |

### Settings

| Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|
| Date 1 | | Que 1 | | Time 1 | Description |
| Date 2 | | Que 2 | | Time 2 | Description |
| Date 3 | | Que 3 | | Time 3 | Description |
| Date 4 | | Que 4 | | Time 4 | Description |
| Cont Date | | Why | | | Cont # |
| RevJmt | | Admin Date | | Why | |
| Appeal Date | | CRT | | Case | 0000 000000 00 |
| TBNV1 | | TBNV2 | | DSDT | DTYP |
| Comment 1 | | | | | |
| Comment 2 | | | | | |

### Party 1

| Field | Value | Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|---|---|
| Party | C 001 | Name | HESTER SHYANDREA | | | Type | INDIVIDUAL |
| INDX | D/LOWNDES COUN | ANAM | | | | JID | HEM |
| SSN | | Address 1 | | | | Sex | |
| DOB | | Address 2 | | | | Race | |
| Country | US | City | AL 00000 0000 | | | Phone | 334 000 0000 |
| Atty 1 | TOWNSEND TYRONE | Atty 2 | | Atty 3 | | Atty 4 | |
| Atty 5 | | Atty 6 | | | | | |
| Issued | | Type | | Reissue | | Type | |
| Return | | Type | | Return | | Type | |
| Service | | Type | | Serv On | | By | |
| Answer | | Type | | NS Not | | NA Not | |
| Warrant | | Type | | Arrest | | | |
| CACT | | Date | | For | | Exep | O |
| AMT | | Cost | | Other | | Satisfied | |
| Comment | | | | | | | |

### Party 2

| Field | Value | Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|---|---|
| Party | C 002 | Name | HESTER MARY | | | Type | INDIVIDUAL |
| INDX | D/LOWNDES COUN | ANAM | | | | JID | HEM |
| SSN | | Address 1 | | | | Sex | |
| DOB | | Address 2 | | | | Race | |
| Country | US | City | AL 00000 0000 | | | Phone | 334 000 0000 |
| Atty 1 | TOWNSEND TYRONE | Atty 2 | | Atty 3 | | Atty 4 | |
| Atty 5 | | Atty 6 | | | | | |
| Issued | | Type | | Reissue | | Type | |
| Return | | Type | | Return | | Type | |
| Service | | Type | | Serv On | | By | |
| Answer | | Type | | NS Not | | NA Not | |
| Warrant | | Type | | Arrest | | | |
| CACT | | Date | | For | | Exep | O |
| AMT | | Cost | | Other | | Satisfied | |
| Comment | | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| SSN | | Address 1 | CHARLIE KING, CHAIRMAN | | Sex | |
| DOB | | Address 2 | PO BOX 65 | | Race | |
| Country | US | City | HAYNEVILLE AL 36040 0000 | | Phone | 334 000 0000 |
| Atty 1 | | Atty 2 | | Atty 3 | Atty 4 | |
| Atty 5 | | Atty 6 | | | | |
| Issued | 05262006 | Type | S SHERIFF | Reissue | Type | |
| Return | | Type | | Return | Type | |
| Service | 05312006 | Type | S SERVED PERSON | Serv On | By | |
| Answer | | Type | | NS Not | NA Not | |
| Warrant | | Type | | Arrest | | |
| CACT | | Date | | For | Exep | O |
| AMT | | Cost | | Other | Satisfied | |
| Comment | | | | | | |

**Party 4**

| | | | | | | |
|---|---|---|---|---|---|---|
| Party | D 002 | Name | EMERGYSTAT, INCORPORATED | | Type | BUSINESS |
| INDX | C/HESTER SHYAN | ANAM | | | JID | HEM |
| SSN | | Address 1 | PO BOX 1497 | | Sex | |
| DOB | | Address 2 | | | Race | |
| Country | US | City | VERNON AL 35592 0000 | | Phone | 334 000 0000 |
| Atty 1 | | Atty 2 | | Atty 3 | Atty 4 | |
| Atty 5 | | Atty 6 | | | | |
| Issued | 05262006 | Type | C CERTIFIED MAI | Reissue | Type | |
| Return | | Type | | Return | Type | |
| Service | | Type | | Serv On | By | |
| Answer | | Type | | NS Not | NA Not | |
| Warrant | | Type | | Arrest | | |
| CACT | | Date | | For | Exep | O |
| AMT | | Cost | | Other | Satisfied | |
| Comment | | | | | | |

**Party 5**

| | | | | | | |
|---|---|---|---|---|---|---|
| Party | D 003 | Name | BROWN CHRISTOPHER | | Type | INDIVIDUAL |
| INDX | C/HESTER SHYAN | ANAM | | | JID | HEM |
| SSN | | Address 1 | C/O EMERGYSTAT INC | | Sex | |
| DOB | | Address 2 | PO BOX 1497 | | Race | |
| Country | US | City | VERNON AL 35592 0000 | | Phone | 334 000 0000 |
| Atty 1 | | Atty 2 | | Atty 3 | Atty 4 | |
| Atty 5 | | Atty 6 | | | | |
| Issued | 05232006 | Type | C CERTIFIED MAI | Reissue | Type | |
| Return | | Type | | Return | Type | |
| Service | 06022006 | Type | C CERTIFIED MAI | Serv On | By | |
| Answer | | Type | | NS Not | NA Not | |
| Warrant | | Type | | Arrest | | |
| CACT | | Date | | For | Exep | O |
| AMT | | Cost | | Other | Satisfied | |
| Comment | | | | | | |

**Party 6**

| | | | | | | |
|---|---|---|---|---|---|---|
| Party | D 004 | Name | HARRIS JIMMY DEPUTY | | Type | INDIVIDUAL |
| INDX | C/HESTER SHYAN | ANAM | | | JID | HEM |
| SSN | | Address 1 | LOWNDES CO SHERIFF DEPT | | Sex | |
| DOB | | Address 2 | PO BOX 157 | | Race | |
| Country | US | City | HAYNEVILLE AL 36040 0000 | | Phone | 334 000 0000 |
| Atty 1 | | Atty 2 | | Atty 3 | Atty 4 | |
| Atty 5 | | Atty 6 | | | | |
| Issued | 05262006 | Type | S SHERIFF | Reissue | Type | |
| Return | | Type | | Return | Type | |
| Service | 05312006 | Type | S SERVED PERSON | Serv On | By | |
| Answer | | Type | | NS Not | NA Not | |
| Warrant | | Type | | Arrest | | |
| CACT | | Date | | For | Exep | O |

| Case Action Summary | | | | |
|---|---|---|---|---|
| Date | Time | Code | Comments | Operator |
| 05262006 | 1501 | FILE | FILED THIS DATE: 05/26/2006 (AV01) | COJ |
| 05262006 | 1501 | ORIG | ORIGIN: INITIAL FILING (AV01) | COJ |
| 05262006 | 1501 | ASSJ | ASSIGNED TO JUDGE: H. EDWARD MCFERRIN (AV01) | COJ |
| 05262006 | 1501 | TDMN | BENCH/NON-JURY TRIAL REQUESTED (AV01) | COJ |
| 05262006 | 1501 | STAT | CASE ASSIGNED STATUS OF: ACTIVE (AV01) | COJ |
| 05262006 | 1501 | PART | HESTER SHYANDREA ADDED AS C001 (AV02) | COJ |
| 05262006 | 1501 | ATTY | LISTED AS ATTORNEY FOR C001: TOWNSEND TYRONE(AV02) | COJ |
| 05262006 | 1503 | PART | HESTER MARY ADDED AS C002 (AV02) | COJ |
| 05262006 | 1503 | ATTY | LISTED AS ATTORNEY FOR C002: TOWNSEND TYRONE(AV02) | COJ |
| 05262006 | 1504 | PART | LOWNDES CO COMMISSION ADDED AS D001 (AV02) | COJ |
| 05262006 | 1505 | PART | EMERGYSTAT, INCORPORATED ADDED AS D002 (AV02) | COJ |
| 05262006 | 1505 | PART | MR. CHRISTOPHER BROWN ADDED AS D003 (AV02) | COJ |
| 05262006 | 1506 | PART | HARRIS JIMMY DEPUTY ADDED AS D004 (AV02) | COJ |
| 05262006 | 1507 | TDMJ | JURY TRIAL REQUESTED (AV01) | COJ |
| 05262006 | 1604 | SUMM | SHERIFF ISSUED: 05/26/2006 TO D001 (AV02) | COJ |
| 05262006 | 1604 | SUMM | CERTIFIED MAI ISSUED: 05/26/2006 TO D002 (AV02) | COJ |
| 05262006 | 1604 | SUMM | CERTIFIED MAI ISSUED: 05/23/2006 TO D003 (AV02) | COJ |
| 05262006 | 1604 | SUMM | SHERIFF ISSUED: 05/26/2006 TO D004 (AV02) | COJ |
| 06052006 | 1107 | SERC | SERVICE OF CERTIFIED MAI ON 06/02/2006 FOR D003 | TRR |
| 06062006 | 1236 | SERC | SERVICE OF SERVED PERSON ON 05/31/2006 FOR D001 | COJ |
| 06062006 | 1236 | SERC | SERVICE OF SERVED PERSON ON 05/31/2006 FOR D004 | COJ |
| 06122006 | 1101 | TEXT | PLAINTIFF AMENDED COMPLAINT | CAM |