IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| SHYANDREA HESTER and MARY HESTER, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION NO.: CV-06-572-DRB |
| | ) ) | |
| LOWNDES COUNTY COMMISSION, CHRISTOPHER BROWN, EMERGYSTAT, DEPUTY JIMMY HARRIS, et al., | ) ) ) ) ) | |
| Defendants. | ) | |

### MOTION TO DISMISS DEFENDANTS EMERGYSTAT, INC. AND CHRISTOPHER BROWN

**COME NOW**, **Emergystat, Inc. and Christopher Brown**, defendants in the above-styled cause, and move this Court to dismiss plaintiffs' claims against these defendants pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, as the plaintiffs' Complaint fails to state a claim against Emergystat, Inc. and Christopher Brown, upon which relief may be granted. As reasons for so moving, these defendants submit its Memorandum Brief in support of its Motion filed contemporaneously herewith and the following:

1. There is no corporate liability for alleged violations of constitutional rights pursuant to 42 U.S.C. §1983 on the basis of *respondeat superior*. Monell v. Dep't of Soc. Servs., 436 U.S. 658, 691-92 (1978).

2. Plaintiffs have not sufficiently demonstrated how these defendants' alleged actions established state action.

3.      Plaintiffs have not sufficiently demonstrated how the alleged injurious conduct by these defendants deprived the plaintiffs of their constitutional or statutory rights, privileges or immunities.

4.      Plaintiffs' claims against fictitious defendants A-G are due to be dismissed as such pleading is not permitted in federal court.

**WHEREFORE, PREMISES CONSIDERED,** defendants, Emergystat, Inc. and Christopher Brown, request that this Honorable Court enter an Order dismissing this cause as to these defendants.

Respectfully submitted,

> s/ Celeste Holpp
> Celeste P. Holpp
> Bar Number: ASB-0013-A50C
> Attorney for Defendants Emergystat, Inc.
> and Christopher Brown
> Norman, Wood, Kendrick & Turner
> Financial Center – Suite 1600
> 505 20th Street North
> Birmingham, Alabama  35203
> Phone: (205) 328-6643
> Fax:  (205) 251-5479
> Direct Dial:  (205) 259-1035
> Email:  cholpp@nwkt.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of July, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| James Earl Finley | finleylawfirm@aol.com |
| Kendrick E. Webb | kwebb@webbeley.com |
| C. Richard Hill, Jr. | rhill@webbeley.com |

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Tyrone Townsend
4821 Leola Lane
Birmingham, Alabama  35207

Honorable Ruby Jones
Lowndes County Court Clerk
P.O. Box 876
Hayneville, Alabama  36040

                                       s/ Celeste P. Holpp
                                       Norman, Wood, Kendrick & Turner
                                       Financial Center – Suite 1600
                                       505 20th Street North
                                       Birmingham, AL  35203
                                       Phone:  (205) 328-6643
                                       Fax:  (205) 251-5479
                                       Direct Dial:  (205) 259-1035
                                       Email:  cholpp@nwkt.com