IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHYANDREA HESTER, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )  2:06-CV-00572-DRB |
| | ) |
| LOWNDES COUNTY COMMISSION, et al., | ) |
| | ) |
| Defendants. | ) |

## O R D E R

Pursuant to the *Motion to Dismiss Defendants Emergystat, Inc and Christopher Brown* and supporting *Brief* (Docs. 7 and 8, filed July 7, 2006), it is, for good cause,

**ORDERED** that Plaintiffs show any cause on or before July 26, 2006, why this motion should not be granted.

Done this 10th day of July, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE