IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHYANDREA HESTER and MARY HESTER, ) ) ) | |
| Plaintiffs, ) ) ) | |
| v. ) ) ) | CIVIL ACTION NO.: CV-06-572-DRB |
| LOWNDES COUNTY COMMISSION, CHRISTOPHER BROWN, EMERGYSTAT, DEPUTY JIMMY HARRIS, et al., ) ) ) ) ) ) | |
| Defendants. ) | |

## JOINDER IN AND CONSENT TO REMOVAL BY DEFENDANTS EMERGYSTAT, INC. AND CHRISTOPHER BROWN

COME NOW Emergystat, Inc. and Christopher Brown, two of the Defendants in the above-entitled action, and join in and consent to the removal of this action by Defendant Lowndes County Commission and Deputy Jimmy Harris from the Circuit Court of Lowndes County, Alabama, to the United States District Court for the Middle District of Alabama, Northern Division, pursuant to 28 U.S.C. § 1446.

Respectfully submitted on this the 27th day of June, 2006.

Celeste P. Holpp – ASB-0013-A50C
Attorney for defendants Emergystat, Inc. and Christopher Brown

- 1 -

OF COUNSEL:

NORMAN, WOOD, KENDRICK
&  TURNER
The Financial Center, Suite 1600
505 20th Street North
Birmingham, Alabama 35203
Phone: (205) 328-6643
Fax:  (205) 251-5479
Direct Dial:  (205) 259-1035
Email:  cholpp@nwkt.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document on all counsel of record by placing a copy of same in the U.S. mail, postage prepaid and properly addressed on this the 27th day of June, 2006, as follows:

Tyrone Townsend, Esq.
P.O. Box 2105
Birmingham, Alabama 35201

James Earl Finley, Esq.
P.O. Box 91
Trussville, Alabama  35173

C. Richard Hill, Jr., Esq.
Webb & Eley, P.C.
P.O. Box 240909
Montgomery, Alabama 36124

Celeste P. Holpp