IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHYANDREA HESTER, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:06cv572-WHA |
| | ) |
| LOWNDES COUNTY COMMISSION, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

No Amended Complaint having been filed by the Plaintiffs by September 15, 2006, as authorized by the order of the court entered on September 1, 2006 (Doc. #15), it is hereby ORDERED as follows:

1. All dismissals without prejudice contained in the court's order of September 1, 2006 (Doc. #15) are now GRANTED with prejudice. This case will proceed on all claims in the Complaint which have not been dismissed.

2. Defendants are DIRECTED to file Answers to the Complaint **no later than November 10, 2006**.

DONE this 30th day of October, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE