**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

March 26, 2007

# NOTICE OF CORRECTION

| | |
|---|---|
| **From:** | **Clerk's Office** |
| **Case Style:** | **Shyandrea Hester, et al. v. Lowndes County Commission, et al.** |
| **Case Number:** | **#2:06-cv-00572-WHA** |
| **Referenced Document:** | **Document #25**<br>**Response in Opposition to Motion for Summary Judgment** |

**This notice has been docketed to enter the corrected pdf of the referenced document into the record. The original pdf contained pages that were out of order and the certificate of service did not contain a signature. The corrected pdf is attached to this notice.**