IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| SHYANDREA AND MARY HESTER, et al., | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO.: CV-06-572-WHA |
| v. | ) | |
| LOWNDES COUNTY COMMISSION, CHRISTOPHER BROWN, EMERGSTAT, DEPUTY JIMMY HARRIS, et al., | ) ) ) ) ) | |
| Defendants. | ) | |

**JOINT MOTION TO EXTEND DISCOVERY**

COMES NOW Tyrone Townsend, attorney for the Plaintiffs, and Celeste P. Holpp attorney for the Defendants, in the above styled case and moves this Honorable Court to extend the discovery deadlines in this proceeding and offers the following facts in support of said motion:

1. Discovery is still ongoing in this matter and will not be concluded by the passing of the original deadline date of April 17, 2007.

2. That Counsel for the Plaintiffs and counsel for the Defendants are in the process of scheduling depositions of the opposing parties and need additional time to achieve mutually acceptable dates and times for said depositions.

3. That the Defendants nor the Plaintiffs will be prejudiced by the granting of this motion by this Honorable Court.

**Wherefore premises considered**, the Plaintiffs pray that this Honorable Court will extend discovery for 30 days for the reasons stated above and in the interest of equity and justice. No oral argument is requested.

Respectfully submitted,

s/Celeste P. Holpp

CELESTE P. HOLPP, ESQ.
Attorney for Defendants
505 20th Street North
Birmingham, Alabama 35203
Tel: (205) 328-6643
cholpp@nwkt.com

**OF COUNSEL:**
James Earl Finley
Attorney at Law
P.O. Box 91
Trussville, Alabama 35173
Tel: (205) 655-9286
Fax: (205) 655-9287
E-mail: Finleylawfirm@aol.com.

s/Tyrone Townsend

TYRONE TOWNSEND, ESQ.
Attorney for Plaintiffs
State Bar I.D. No. TOW006
P.O. Box 2105
Birmingham, Alabama 35201
Tel: (205) 252-3999
TTowns1@msn.com

**CERTIFICATE OF SERVICE**

  I hereby certify that I have served a copy of the foregoing document on all counsel of record by placing a copy of the same in the U.S. mail, postage prepaid and properly addressed on this the 6th day of April, 2007, as follows:

Celeste P. Holpp, Esq.
NORMAN, WOOD, KENDRICK & TURNER
Financial Center - Suite 1600
505 20th Street North
Birmingham, Alabama 35203

                Respectfully submitted,

                s/Tyrone Townsend

                TYRONE TOWNSEND
                Attorney for Plaintiffs
                State Bar I.D. No. TOW006
                P.O. Box 2105
                Birmingham, Alabama 35201
                Tel: (205) 252-3999
                TTowns1@msn.com