IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHYANDREA AND MARY HESTER, et al., ) ) ) | |
| Plaintiffs, ) ) | CIVIL ACTION NO.: CV-06-572-WHA |
| v. ) | |
| LOWNDES COUNTY COMMISSION, CHRISTOPHER BROWN, EMERGSTAT, DEPUTY JIMMY HARRIS, et al., ) ) ) ) ) | |
| Defendants. ) | |

## JOINT MOTION TO EXTEND DISCOVERY

COMES NOW Tyrone Townsend, attorney for the Plaintiffs, and Celeste P. Holpp attorney for the Defendants, in the above styled case and moves this Honorable Court to extend the discovery deadlines in this proceeding and offers the following facts in support of said motion:

1. Discovery is still ongoing in this matter and will not be concluded by the passing of the original deadline date of April 17, 2007.

2. That Counsel for the Plaintiffs and counsel for the Defendants are in the process of scheduling depositions of the opposing parties and need additional time to achieve mutually acceptable dates and times for said depositions.

3. That the Defendants nor the Plaintiffs will be prejudiced by the granting of this motion by this Honorable Court.

**MOTION GRANTED TO**

AND INCLUDING _May 17_, 20_07_
THIS _9th_ DAY OF _April_, 20_07_

_____
UNITED STATES DISTRICT JUDGE