IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| SHYANDREA AND MARY HESTER, et al., | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO.: CV-06-572-WHA |
| v. | ) | |
| LOWNDES COUNTY COMMISSION, CHRISTOPHER BROWN, EMERGSTAT, DEPUTY JIMMY HARRIS, et al., | ) ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF CONFLICT/MOTION TO CONTINUE**

COMES NOW Tyrone Townsend, attorney for the Plaintiffs in the above styled case and moves this Honorable Court to continue this proceeding and offers the following facts in support of said motion:

1. That Counsel for the Plaintiffs has an arbitration hearing, through the American Arbitration Association, Southeastern Division, Case No. 30 420 00737 06, in Birmingham, Alabama, scheduled on the same day as the above styled action.

2. That the Plaintiffs will be unfairly prejudiced due to the conflict involving Counsel for the Plaintiffs.

3. That the Defendants will not be prejudiced by the granting of this motion by this Honorable Court.

**Wherefore premises considered**, the Plaintiffs pray that this Honorable Court will grant its motion to continue for the reasons stated above and in the interest of equity and justice.

                                    Respectfully submitted,

                                    s/Tyrone Townsend

                                    TYRONE TOWNSEND
Attorney for Plaintiffs
State Bar I.D. No.: ASB TOW006
P.O. Box 2105
Birmingham, Alabama 35201
Tel: (205) 252-3999
TTowns1@msn.com

**OF COUNSEL:**
James Earl Finley
Attorney at Law
P.O. Box 91
Trussville, Alabama 35173
Tel: (205) 655-9286
Fax: (205) 655-9287
E-mail: Finleylawfirm@aol.com.

**CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the foregoing document on all counsel of record by placing a copy of the same in the U.S. mail, postage prepaid and properly addressed on this the 11th day of April, 2007, as follows:

Celeste P. Holpp, Esq.
NORMAN, WOOD, KENDRICK & TURNER
Financial Center - Suite 1600
505 20th Street North
Birmingham, Alabama 35203

                                                Respectfully submitted,

                                                s/Tyrone Townsend

                                                TYRONE TOWNSEND
                                                Attorney for Plaintiffs
                                                State Bar I.D. No.: ASB TOW006
                                                P.O. Box 2105
                                                Birmingham, Alabama 35201
                                                Tel: (205) 252-3999
                                                TTowns1@msn.com