IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHYANDREA HESTER, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:06cv572-WHA |
| | ) |
| CHRISTOPHER BROWN, et al., | ) |
| | ) |
| Defendants. | ) |

**<u>ORDER</u>**

This case is before the court on the Notice of Conflict/Motion to Continue (Doc. #32), filed by the Plaintiffs on April 14, 2007.

On November 14, 2006, the court entered an order (Doc. #18) directing the parties to file a Report of Parties Planning Meeting and advising that the case would be set for trial on either July 17, 2007 or December 10, 2007.  On November 30, 2006, a Proposed Discovery Plan (Doc. #19), which the court will treat as a Report of Parties Planning Meeting, was filed by both the Plaintiffs' attorney and the Defendants' attorney stating that the case would be ready for trial by July 17, 2007.  On December 4, 2006, the court entered a scheduling order setting this case for trial during the term of court commencing July 17, 2007.  The scheduling order advised the parties that they had 14 days to file any objections to any of the dates contained in the order.  No objection to the trial date was filed by the Plaintiff.  Therefore, it is hereby

ORDERED that the Motion to Continue is DENIED.

DONE this 18th day of April, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE