**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| SHYANDREA HESTER and MARY HESTER, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO.:<br>CV-06-572-WHA |
| LOWNDES COUNTY COMMISSION, CHRISTOPHER BROWN, EMERGYSTAT, DEPUTY JIMMY HARRIS, et al., | ) ) ) ) ) | |
| Defendants. | ) | |

**CORPORATE/CONFLICT DISCLOSURE STATEMENT**

In accordance with the order of this Court, the undersigned party or parties to the above-captioned matter do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

1.    Southland Health Services, Inc. is a parent corporation of Emergystat, Inc.; and,

2.    The following entities are affiliates and/or subsidiaries of Emergystat, Inc.:

      a.    Emergystat, Inc. of Sulligent, Inc.
      b.    Extended Emergency Medical Services, Inc.
      c.    Med Express of Mississippi, Inc.
      d.    Southland Health Services, LLC

Dated this 24th day of April, 2007.

s/ Celeste Holpp
Celeste P. Holpp
Bar Number:  ASB-0013-A50C
Attorney for Defendants
Norman, Wood, Kendrick & Turner
Financial Center – Suite 1600
505 20th Street North
Birmingham, Alabama  35203
Phone: (205) 328-6643

Fax:  (205) 251-5479
Direct Dial:  (205) 259-1035
Email:  cholpp@nwkt.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| SHYANDREA HESTER and MARY HESTER, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION NO.: CV-06-572-WHA |
| | ) ) | |
| LOWNDES COUNTY COMMISSION, CHRISTOPHER BROWN, EMERGYSTAT, DEPUTY JIMMY HARRIS, et al., | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 24th day of April, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James Earl Finley                                             finleylawfirm@aol.com
Tyrone Townsend                                          TTowns1@msn.com

<u>s/ Celeste P. Holpp</u>
Norman, Wood, Kendrick & Turner
Financial Center – Suite 1600
505 20th Street North
Birmingham, AL  35203
Phone:  (205) 328-6643
Fax:  (205) 251-5479
Direct Dial:  (205) 259-1035
Email:  cholpp@nwkt.com