IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHYANDREA AND MARY HESTER, et al., ) | |
| ) | |
| Plaintiffs, ) | CIVIL ACTION NO.: |
| ) | CV-06-572-WHA |
| v. ) | |
| LOWNDES COUNTY COMMISSION, ) | |
| CHRISTOPHER BROWN, ) | |
| EMERGYSTAT, DEPUTY JIMMY ) | |
| HARRIS, et al., ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFFS' OBJECTION TO SERVICE OF SUBPOENAS ON NON-PARTIES AND MOTION TO QUASH**

**COMES NOW** the Plaintiffs, SHYANDREA and MARY HESTER, by and through their attorney of record, Tyrone Townsend, and enters their Objection to Defendants' Notice of Intent to Serve Subpoenas on all Non-Parties, and also moves this Court to Quash service of all said Subpoenas noticed to the Court served in this action. In support thereof, the Plaintiff would show the following:

1. The time for discovery in the above-styled case ended on May 17th, 2007.

2. Defendants CHRISTOPHER BROWN, and EMERGYSTAT, INC, served on the Plaintiffs Interrogatories on or about May 16th, 2007 pursuant to Rule 33 of the Federal Rules of Civil Procedure.

3. The Defendants did not serve Interrogatories on the Plaintiffs within sufficient time for Plaintiffs to respond within the discovery deadline.

4. The Plaintiffs served Interrogatories, and Request for Production on Defendants, as well as Request for Admissions on Defendant Christopher Brown on April 11th, 2007.

5. The Defendants have failed to respond to any discovery requests by Plaintiffs within the time period allowed under the Federal Rules of Civil Procedure.

6. The documents sought by subpoena of third parties, by Defendants, are either irrelevant or immaterial, confidential, and/ or privileged, or otherwise without waiver or exception rendering it discoverable under Rules 33, 34, and 36 of the Federal Rules of Civil Procedure.

Dated: May 21, 2007

        Respectfully submitted,

        s/Tyrone Townsend

        TYRONE TOWNSEND
        Attorney for Plaintiffs
        State Bar I.D. No.: ASB TOW006
        P.O. Box 2105
        Birmingham, Alabama 35201
        Tel: (205) 252-3999
        TTowns1@msn.com

**OF COUNSEL:**
James Earl Finley
Attorney at Law
P.O. Box 91
Trussville, Alabama 35173
Tel: (205) 655-9286
Fax: (205) 655-9287
E-mail: Finleylawfirm@aol.com.

**CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the foregoing document on all counsel of record by placing a copy of the same in the U.S. mail, postage prepaid and properly addressed on this the 21st day of May, 2007, as follows:

Celeste P. Holpp, Esq.
NORMAN, WOOD, KENDRICK & TURNER
Financial Center - Suite 1600
505 20th Street North
Birmingham, Alabama 35203

      Respectfully submitted,

      s/Tyrone Townsend

      TYRONE TOWNSEND
      Attorney for Plaintiffs
      State Bar I.D. No.: ASB TOW006
      P.O. Box 2105
      Birmingham, Alabama 35201
      Tel: (205) 252-3999
      TTowns1@msn.com