# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| SHYANDREA AND MARY ) | |
| HESTER, et al., ) | |
| ) | |
|     Plaintiffs, ) | CIVIL ACTION NO.: |
| ) | CV-06-572-WHA |
| v. ) | |
| LOWNDES COUNTY COMMISSION, ) | |
| CHRISTOPHER BROWN, ) | |
| EMERGSTAT, DEPUTY JIMMY ) | |
| HARRIS, et al., ) | |
| ) | |
|     Defendants. ) | |

## NOTICE OF CORRECTION

The attached document is a correction to the record of the Plaintiffs Contentions for the Pretrial Order filed by this Honorable Court on May 30, 2007 in the above styled cause.

                                                                                            Respectfully submitted,

                                                                                            s/Tyrone Townsend  
                                                                                            TYRONE TOWNSEND  
                                                                                            Attorney for Plaintiffs  
                                                                                            State Bar I.D. No.: ASB TOW006  
                                                                                            P.O. Box 2105  
                                                                                            Birmingham, Alabama 35201  
                                                                                            Tel: (205) 252-3999  
                                                                                            TTowns1@msn.com

**OF COUNSEL:**
James Earl Finley
Attorney at Law
P.O. Box 91
Trussville, Alabama 35173
Tel: (205) 655-9286
Fax: (205) 655-9287
E-mail: Finleylawfirm@aol.com.

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing document on all counsel of record by placing a copy of the same in the U.S. mail, postage prepaid and properly addressed on this the 31 day of May, 2007, as follows:

Celeste P. Holpp, Esq.
NORMAN, WOOD, KENDRICK & TURNER
Financial Center - Suite 1600
505 20th Street North
Birmingham, Alabama 35203

                                                Respectfully submitted,

                                                s/Tyrone Townsend
                                                TYRONE TOWNSEND
                                                Attorney for Plaintiffs
                                                State Bar I.D. No.: ASB TOW006
                                                P.O. Box 2105
                                                Birmingham, Alabama 35201
                                                Tel: (205) 252-3999
                                                TTowns1@msn.com