4.    CONTENTIONS OF THE PARTIES:

(a)    The Plaintiffs allege the Defendants without legal authority or informed consent restrained and transported Shyandrea Hester against her will while performing unauthorized and unwarranted procedures on her.