**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

May 31, 2007

# NOTICE OF CORRECTION

**From:**            **Clerk's Office**

**Case Style:**      **Shyandrea Hester, et al. v. Lowndes County Commission, et al.**

**Case Number:**     **#2:06-cv-00572-WHA**

**Referenced Document:** **Document #**
**Notice**

**This notice has been docketed to enter the corrected pdf of the referenced document into the record. The original pdf only contained the "Contentions of the Parties." The corrected pdf is attached to this notice.**