# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| SHYANDREA AND MARY HESTER, et al., | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO.: CV-06-572-WHA |
| v. | ) | |
| LOWNDES COUNTY COMMISSION, CHRISTOPHER BROWN, EMERGSTAT, DEPUTY JIMMY HARRIS, et al., | ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF CORRECTION

The attached document is a correction to the record of the Plaintiffs Contentions for the Pretrial Order filed by this Honorable Court on May 30, 2007 in the above styled cause.

                Respectfully submitted,

                s/Tyrone Townsend
                TYRONE TOWNSEND
                Attorney for Plaintiffs
                State Bar I.D. No.: ASB TOW006
                P.O. Box 2105
                Birmingham, Alabama 35201
                Tel: (205) 252-3999
                TTowns1@msn.com

**OF COUNSEL:**
James Earl Finley
Attorney at Law
P.O. Box 91
Trussville, Alabama 35173
Tel: (205) 655-9286
Fax: (205) 655-9287
E-mail: Finleylawfirm@aol.com.

**CERTIFICATE OF SERVICE**

    I hereby certify that I have served a copy of the foregoing document on all counsel of record by placing a copy of the same in the U.S. mail, postage prepaid and properly addressed on this the 31 day of May, 2007, as follows:

Celeste P. Holpp, Esq.
NORMAN, WOOD, KENDRICK & TURNER
Financial Center - Suite 1600
505 20th Street North
Birmingham, Alabama 35203

                                              Respectfully submitted,

                                              s/Tyrone Townsend
                                              TYRONE TOWNSEND
                                              Attorney for Plaintiffs
                                              State Bar I.D. No.: ASB TOW006
                                              P.O. Box 2105
                                              Birmingham, Alabama 35201
                                              Tel: (205) 252-3999
                                              TTowns1@msn.com