4.     <u>CONTENTIONS OF THE PARTIES:</u>

(a)     The Plaintiffs allege the Defendants without legal authority or informed consent restrained and transported Shyandrea Hester against her will while performing unauthorized and unwarranted procedures on her.