**NORMAN, WOOD, KENDRICK & TURNER**
ATTORNEYS AT LAW
FINANCIAL CENTER - SUITE 1600
505 TWENTIETH STREET NORTH
BIRMINGHAM, ALABAMA 35203

WILLIAM C. WOOD
THOMAS A. KENDRICK
KILE T. TURNER
MARK P. WILLIAMS
CELESTE P. HOLPP
MATTHEW W. ROBINETT

JAMES L. PATTILLO
HOLLY S. BELL

TELEPHONE (205) 328-6643
DIRECT DIAL (205) 259-1035
FACSIMILE (205) 251-5479
EMAIL: cholpp@nwkt.com
WEBSITE: www.nwkt.com

ROBERT D. NORMAN
1924 - 2005

February 2, 2007

Tyrone Townsend, Esq.
P.O. Box 2105
Birmingham, Alabama 35201

Re: *Shyandrea Hester, et al. v. Lowndes County Commission, et al.*
Our File No.: 5918

Dear Tyrone:

We would like to take the depositions of the plaintiffs this month. Please provide my legal assistant, Barbara Watkins, with several dates of their availability so that we can coordinate convenient dates for all. We will be happy to notice their depositions for our offices or yours.

Very truly yours,

Celeste P. Holpp

CPH/baw

EXHIBIT A

**NORMAN, WOOD, KENDRICK & TURNER**
ATTORNEYS AT LAW
FINANCIAL CENTER - SUITE 1600
505 TWENTIETH STREET NORTH
BIRMINGHAM, ALABAMA   35203

WILLIAM C. WOOD
THOMAS A. KENDRICK
KILE T. TURNER
MARK P. WILLIAMS
CELESTE P. HOLPP
MATTHEW W. ROBINETT

JAMES L. PATTILLO
HOLLY S. BELL

TELEPHONE (205) 328-6643
DIRECT DIAL (205) 259-1035
FACSIMILE  (205) 251-5479
EMAIL:  cholpp@nwkt.com
WEBSITE:  www.nwkt.com

ROBERT D. NORMAN
1924 - 2005

March 14, 2007

Tyrone Townsend, Esq.
P.O. Box 2105
Birmingham, Alabama 35201

Re:   *Shyandrea Hester, et al. v. Lowndes County Commission, et al.*
      Our File No.: 5918

Dear Tyrone:

Please advise when we the plaintiffs are available for deposition in the above-referenced matter. As you are aware, we have requested dates of your clients' availability on previous occasions but have yet to hear a response from you.

Please provide my legal assistant, Barbara Watkins, with several dates of their availability so that we can coordinate convenient dates for all.  Thank you.

Very truly yours,

*/s/ Celeste Holpp*

Celeste P. Holpp

CPH/baw

EXHIBIT A

## NORMAN, WOOD, KENDRICK & TURNER
### ATTORNEYS AT LAW
### FINANCIAL CENTER - SUITE 1600
### 505 TWENTIETH STREET NORTH
### BIRMINGHAM, ALABAMA 35203

WILLIAM C. WOOD
THOMAS A. KENDRICK
KILE T. TURNER
MARK P. WILLIAMS
CELESTE P. HOLPP
MATTHEW W. ROBINETT

JAMES L. PATTILLO
HOLLY S. BELL

TELEPHONE (205) 328-6643
DIRECT DIAL (205) 259-1035
FACSIMILE (205) 251-5479
EMAIL: cholpp@nwkt.com
WEBSITE: www.nwkt.com

ROBERT D. NORMAN
1924 - 2005

April 2, 2007

**_VIA FACSIMILE_**
**_(205) 252-3090_**

Tyrone Townsend, Esq.
P.O. Box 2105
Birmingham, Alabama 35201

Re:   *Shyandrea Hester, et al. v. Lowndes County Commission, et al.*
      *Our File No.:* 5918

Dear Tyrone:

I received your Notices of Depositions of Christopher Brown and Lenay Martin today via facsimile in the above-referenced matter. Although, the facsimile was transmitted on Friday afternoon, I was at a client meeting in Atlanta and my secretary was in the hospital. We are not available for depositions this week. As you can imagine, we will need more than one week's notice for a deposition that you have unilaterally noticed without a courtesy inquiry as to dates they are available. I will be happy to provide some dates of availability. Please advise if there is a certain week that is better for you.

To the contrary, I have requested dates from you on more than one occasion as to when your clients are available for deposition, yet you have not provided my office with any sort of response. Although, it is not my practice to unilaterally notice a deposition without allowing opposing counsel to provide dates of availability, I will be forced to do so unless you respond to this letter this week.

It is my sincere hope we can schedule depositions without involving the Court. Thank you.

Very truly yours,

Celeste P. Holpp

CPH/baw




4/24/07
BW

## NORMAN, WOOD, KENDRICK & TURNER
### ATTORNEYS AT LAW
### FINANCIAL CENTER - SUITE 1600
### 505 TWENTIETH STREET NORTH
### BIRMINGHAM, ALABAMA 35203

WILLIAM C. WOOD
THOMAS A. KENDRICK
KILE T. TURNER
MARK P. WILLIAMS
CELESTE P. HOLPP
MATTHEW W. ROBINETT

JAMES L. PATTILLO
HOLLY S. BELL

TELEPHONE (205) 328-6643
DIRECT DIAL (205) 259-1035
FACSIMILE (205) 251-5479
EMAIL: cholpp@nwkt.com
WEBSITE: www.nwkt.com

ROBERT D. NORMAN
1924 - 2005

April 24, 2007

**_VIA FACSIMILE_**
**_(205) 252-3090_**

Tyrone Townsend, Esq.
P.O. Box 2105
Birmingham, Alabama 35201

Re:   *Shyandrea Hester, et al. v. Lowndes County Commission, et al.*
      *Our File No.:  5918*

Dear Tyrone:

This letter follows my conversation today with your assistance Brian regarding the above-referenced matter. We discussed having the depositions of the plaintiffs, Mr. Brown, and Ms. Martin the week of May 7, 2007. I am available May 7 – 10, 2007. I am in the process of finding out which date works for my clients. Please check with your clients regarding their availability during this week and advise so that we can send notices out for the same. Once we have all confirmed dates of availability, we can work on a location in Montgomery for the depositions. If we have to, we can use a conference room in one of the Courthouses in Montgomery.

We received your Notices of Depositions for Mr. Brown and Ms. Martin for Tuesday, May 15, 2007. However, this late date does not permit your expert enough time to receive and study transcripts in order to give his full opinion. I would ask that we move the depositions up to the week of May 7th in order to accommodate experts.

I hope to have some dates of my clients' availability to you within the next day or two. Please contact me this week with your clients' availability as well. Thank you.

Very truly yours,

Celeste P. Holpp
CPH/baw

EXHIBIT A