

P.O. Box 2105
Birmingham, Alabama 35201

# Townsend & Associates LLC
## Tyrone Townsend
### Attorney at Law

Phone: 205-252-3999
Fax: 205-252-3090
TTowns1@msn.com

Wednesday, May 2, 2007

Celeste P. Holpp, Esq.
NORMAN, WOOD, KENDRICK & TURNER
Financial Center - Suite 1600
505 20th Street North
Birmingham, Alabama 35203

RE: Shyandrea Hester, et. al. v. Lowndes County Commission, Christopher Brown, Emergystat, Inc., et. al.

Dear Mrs. Holpp:

In response to your fax on April 24th, 2007, the purpose of this letter is to provide you with dates for the depositions of both your clients, Christopher Brown and Lenay Martin, as well as the Plaintiffs. I would like to take the deposition of your clients on Thursday, May 10th, 2007, beginning at 10:00 a.m., at the offices of Webb & Eley, P.C., 7475 Halcyon Pointe Drive, Montgomery, Alabama 36124. Attorney C. Richard Hill, Jr. at Webb & Eley, has agreed to provide the use of their conference room on May 10th, 2007, for the entire day. Thus, in order to save time and expense for all parties involved, I propose that the Plaintiffs' depositions also take place on that date, as the location has been provided. Please confirm your clients' availability for this date, and inform me as soon as possible whether or not this will work for you and your clients.

Sincerely,

TOWNSEND & ASSOCIATES LLC.

Tyrone Townsend

CC: Mary Hester/ Shyandrea Hester

EXHIBIT B