

**NORMAN, WOOD, KENDRICK & TURNER**
ATTORNEYS AT LAW
FINANCIAL CENTER - SUITE 1600
505 TWENTIETH STREET NORTH
BIRMINGHAM, ALABAMA  35203

WILLIAM C. WOOD
THOMAS A. KENDRICK
KILE T. TURNER
MARK P. WILLIAMS
CELESTE P. HOLPP
MATTHEW W. ROBINETT

JAMES L. PATTILLO
HOLLY S. BELL

TELEPHONE (205) 328-6643
DIRECT DIAL (205) 259-1035
FACSIMILE  (205) 251-5479
EMAIL: cholpp@nwkt.com
WEBSITE: www.nwkt.com

ROBERT D. NORMAN
1924 - 2005

April 2, 2007

**_VIA FACSIMILE_**
**_(205) 252-3090_**

Tyrone Townsend, Esq.
P.O. Box 2105
Birmingham, Alabama 35201

    *Re:*    *Shyandrea Hester, et al. v. Lowndes County Commission, et al.*
           *Our File No.:  5918*

Dear Tyrone:

I received your Notices of Depositions of Christopher Brown and Lenay Martin today via facsimile in the above-referenced matter. Although, the facsimile was transmitted on Friday afternoon, I was at a client meeting in Atlanta and my secretary was in the hospital. We are not available for depositions this week. As you can imagine, we will need more than one week's notice for a deposition that you have unilaterally noticed without a courtesy inquiry as to dates they are available. I will be happy to provide some dates of availability. Please advise if there is a certain week that is better for you.

To the contrary, I have requested dates from you on more than one occasion as to when your clients are available for deposition, yet you have not provided my office with any sort of response. Although, it is not my practice to unilaterally notice a deposition without allowing opposing counsel to provide dates of availability, I will be forced to do so unless you respond to this letter this week.

It is my sincere hope we can schedule depositions without involving the Court. Thank you.

Very truly yours,

*Celeste Holpp*

Celeste P. Holpp

CPH/baw

EXHIBIT D