4/24/07
BW

## NORMAN, WOOD, KENDRICK & TURNER
ATTORNEYS AT LAW
FINANCIAL CENTER - SUITE 1600
505 TWENTIETH STREET NORTH
BIRMINGHAM, ALABAMA  35203

WILLIAM C. WOOD
THOMAS A. KENDRICK
KILE T. TURNER
MARK P. WILLIAMS
CELESTE P. HOLPP
MATTHEW W. ROBINETT

JAMES L. PATTILLO
HOLLY S. BELL

TELEPHONE (205) 328-6643
DIRECT DIAL (205) 259-1035
FACSIMILE (205) 251-5479
EMAIL: cholpp@nwkt.com
WEBSITE: www.nwkt.com

ROBERT D. NORMAN
1924 - 2005

April 24, 2007

**_VIA FACSIMILE_**
_(205) 252-3090_

Tyrone Townsend, Esq.
P.O. Box 2105
Birmingham, Alabama 35201

Re:   Shyandrea Hester, et al. v. Lowndes County Commission, et al.
      Our File No.: 5918

Dear Tyrone:

This letter follows my conversation today with your assistance Brian regarding the above-referenced matter. We discussed having the depositions of the plaintiffs, Mr. Brown, and Ms. Martin the week of May 7, 2007. I am available May 7 – 10, 2007. I am in the process of finding out which date works for my clients. Please check with your clients regarding their availability during this week and advise so that we can send notices out for the same. Once we have all confirmed dates of availability, we can work on a location in Montgomery for the depositions. If we have to, we can use a conference room in one of the Courthouses in Montgomery.

We received your Notices of Depositions for Mr. Brown and Ms. Martin for Tuesday, May 15, 2007. However, this late date does not permit your expert enough time to receive and study transcripts in order to give his full opinion. I would ask that we move the depositions up to the week of May 7th in order to accommodate experts.

I hope to have some dates of my clients' availability to you within the next day or two. Please contact me this week with your clients' availability as well. Thank you.

Very truly yours,

Celeste P. Holpp
CPH/baw

EXHIBIT
F