**Celeste Holpp**

| | |
|---|---|
| **From:** | Celeste Holpp |
| **Sent:** | Tuesday, May 01, 2007 1:28 PM |
| **To:** | 'Tyrone Townsend'; 'Brian Leonard' |
| **Subject:** | Hester/our file 5918 |
| **Importance:** | High |
| **Attachments:** | Townsend Tyrone 042407 fax.doc |

Tyrone & Brian,

I have not heard from your office in response to my fax on April 24, 2007, in which I asked that we take depositions the week of May 7th (next week). I have attached the letter (unsigned) for your review.

Please advise accordingly. Thank you.

Celeste P. Holpp, Esquire
Norman, Wood, Kendrick & Turner
The Financial Center, Suite 1600
505 20th Street North
Birmingham, AL 35203
DDN: 205.259.1035
Main #: 205.328.6643
Fax #: 205.251.5479
Email: cholpp@nwkt.com

EXHIBIT
6