# Celeste Holpp

**From:** Brian Leonard [brn_leonard@yahoo.com]
**Sent:** Tuesday, May 01, 2007 5:02 PM
**To:** Celeste Holpp
**Subject:** Re: Hester/our file 5918

Mrs. Holpp,

Attorney Townsend would like to conduct the depositions of all parties on Thursday, May 10th, beginning at 10:00 a.m. at the offices of Webb & Eley, 7475 Halcyon Pointe Drive, Montgomery, Alabama 36124. Attorney C. Richard Hill, at Webb & Eley, has agreed to provide the use of their conference room for the entire day. Thus, to save time and expense for all parties involved, Attorney Townsend proposes that all depositions take place on that day. Please confirm your clients' availability for Thursday, May 10th, beginning at 10:00 a.m., and let me know whether or not this date will work you and your clients.

Sincerely,

Brian Leonard
Legal Assistant
Townsend & Associates, LLC

*Celeste Holpp <cholpp@nwkt.com>* wrote:

> Tyrone & Brian,
>
> I have not heard from your office in response to my fax on April 24, 2007, in which I asked that we take depositions the week of May 7th (next week). I have attached the letter (unsigned) for your review.
>
> Please advise accordingly. Thank you.
>
> Celeste P. Holpp, Esquire
> Norman, Wood, Kendrick & Turner
> The Financial Center, Suite 1600
> 505 20th Street North
> Birmingham, AL 35203
> DDN: 205.259.1035
> Main #: 205.328.6643
> Fax #: 205.251.5479
> Email: cholpp@nwkt.com

Ahhh...imagining that irresistible "new car" smell?
Check out new cars at Yahoo! Autos.


EXHIBIT H

6/18/2007