**Celeste Holpp**

**From:** Celeste Holpp
**Sent:** Thursday, May 03, 2007 11:55 AM
**To:** 'Brian Leonard'
**Cc:** 'Tyrone Townsend'
**Subject:** RE: Hester/our file 5918

Tyrone & Brian,

Mr. Brown is available for his deposition at 2:00 on Thursday, May 10. It is very unlikely that we can finish Deputy Harris' deposition and both plaintiffs' depositions before 2:00 on May 10th. We will have to schedule Deputy Harris' deposition for another day. We have not discussed scheduling his deposition before this email you just sent today with only one week's notice.

I have been requesting dates for your clients' depositions since January and am not willing to rush through party depositions in one day at this late date for Deputy Harris' deposition to take place then. Please note, I am not available for his deposition in addition to the plaintiffs and Mr. Brown's depositions on the 10th.

I am available for Deputy Harris' deposition on May 11, 14, 16, or 17. I would like to take your expert's deposition on either May 14, 16, or 17 at my office. I look forward to prompt reply. Thank you.


Celeste P. Holpp, Esquire
Norman, Wood, Kendrick & Turner
The Financial Center, Suite 1600
505 20th Street North
Birmingham, AL 35203
DDN: 205.259.1035
Main #: 205.328.6643
Fax #: 205.251.5479
Email: cholpp@nwkt.com

**From:** Brian Leonard [mailto:brn_leonard@yahoo.com]
**Sent:** Thursday, May 03, 2007 11:42 AM
**To:** Celeste Holpp
**Subject:** RE: Hester/our file 5918

Thank you for your response. We are in the process of confirming the Plaintiff's availability for that date as well, and will contact you once we receive confirmation from them.

Also, Attorney Townsend has scheduled the deposition of Deputy Jimmy Harris for 9:00 a.m. on May 10th. In order to complete the deposition of all defendants in the morning, he would like to depose your clients following Deputy Harris' deposition, and then make the Plaintiffs available in the afternoon.

Please contact me to confirm Mr. Brown's availability for that date, as well as the order of depositions.

Thanks.

Brian Leonard,
Legal Assistant
Townsend & Associates, LLC


EXHIBIT I

*Celeste Holpp <cholpp@nwkt.com> wrote:*
> Thank you for your email. I have left a message with Mr. Brown to see if he is available & will contact you or Mr. Townsend to confirm hopefully today.

6/18/2007

I would like to take the plaintiffs' depositions in the morning and make Mr. Brown & Ms. Martin available in the afternoon.

Celeste P. Holpp, Esquire
Norman, Wood, Kendrick & Turner
The Financial Center, Suite 1600
505 20th Street North
Birmingham, AL 35203
DDN: 205.259.1035
Main #: 205.328.6643
Fax #: 205.251.5479
Email: cholpp@nwkt.com

---

**From:** Brian Leonard [mailto:brn_leonard@yahoo.com]
**Sent:** Tuesday, May 01, 2007 5:02 PM
**To:** Celeste Holpp
**Subject:** Re: Hester/our file 5918

Mrs. Holpp,

Attorney Townsend would like to conduct the depositions of all parties on Thursday, May 10th, beginning at 10:00 a.m. at the offices of Webb & Eley, 7475 Halcyon Pointe Drive, Montgomery, Alabama 36124. Attorney C. Richard Hill, at Webb & Eley, has agreed to provide the use of their conference room for the entire day. Thus, to save time and expense for all parties involved, Attorney Townsend proposes that all depositions take place on that day. Please confirm your clients' availability for Thursday, May 10th, beginning at 10:00 a.m., and let me know whether or not this date will work you and your clients.

Sincerely,

Brian Leonard
Legal Assistant
Townsend & Associates, LLC

> *Celeste Holpp <cholpp@nwkt.com>* wrote:
>
> Tyrone & Brian,
>
> I have not heard from your office in response to my fax on April 24, 2007, in which I asked that we take depositions the week of May 7th (next week). I have attached the letter (unsigned) for your review.
>
> Please advise accordingly. Thank you.
>
> Celeste P. Holpp, Esquire
> Norman, Wood, Kendrick & Turner
> The Financial Center, Suite 1600
> 505 20th Street North
> Birmingham, AL 35203
> DDN: 205.259.1035
> Main #: 205.328.6643
> Fax #: 205.251.5479
> Email: cholpp@nwkt.com

---

Ahhh...imagining that irresistible "new car" smell?
Check out new cars at Yahoo! Autos.

---

Ahhh...imagining that irresistible "new car" smell?
Check out new cars at Yahoo! Autos.

6/18/2007

EXHIBIT I



## NORMAN, WOOD, KENDRICK & TURNER
ATTORNEYS AT LAW
FINANCIAL CENTER - SUITE 1600
505 TWENTIETH STREET NORTH
BIRMINGHAM, ALABAMA  35203

WILLIAM C. WOOD
THOMAS A. KENDRICK
KILE T. TURNER
MARK P. WILLIAMS
CELESTE P. HOLPP
MATTHEW W. ROBINETT

JAMES L. PATTILLO
HOLLY S. BELL
WILLIAM H. McKENZIE, IV

TELEPHONE (205) 328-6643
DIRECT DIAL (205) 259-1035
FACSIMILE  (205) 251-5479
EMAIL: cholpp@nwkt.com
WEBSITE: www.nwkt.com

ROBERT D. NORMAN
1924 - 2005

May 3, 2007

*VIA FACSIMILE*
*(205) 252-3090*

Tyrone Townsend, Esq.
P.O. Box 2105
Birmingham, Alabama 35201

Re: *Shyandrea Hester, et al. v. Lowndes County Commission, et al.*
    Our File No.: 5918

Dear Tyrone:

This correspondence follows my email sent to you today regarding the above-referenced matter. Mr. Brown is available for his deposition at 2:00 on Thursday, May 10. It is very unlikely that we can finish Deputy Harris' deposition and both plaintiffs' depositions before 2:00 on May 10th. We will have to schedule Deputy Harris' deposition for another day. We have not discussed scheduling Deputy Harris' deposition on May 10 or any other date until the email you just sent to me today.

As you are aware, I have been requesting dates for your clients' depositions since January and am not willing to rush through party depositions in one day at this late junction to include Deputy Harris' deposition on that same date. Please note, I am not available for his deposition in addition to the plaintiffs and Mr. Brown's depositions on the 10th.

I am available for Deputy Harris' deposition on May 11, 14, 16, or 17. I would like to take your expert's deposition on either May 14, 16, or 17 at my office.

In light of the expenses both parties are about to incur with regard to depositions, travel time, professional time, and expert fees, please provide me with your clients' demand for settlement if you have an interest in resolving this case before additional time and expenses are incurred. Thank you.

Very truly yours,

Celeste P. Holpp

CPH/baw

EXHIBIT I