**Celeste Holpp**

| | |
|---|---|
| **From:** | Brian Leonard [brn_leonard@yahoo.com] |
| **Sent:** | Thursday, May 03, 2007 1:06 PM |
| **To:** | Celeste Holpp |
| **Subject:** | RE: Hester/our file 5918 |

Mrs. Holpp,

Attorney Townsend has to first confirm the plaintiffs' availability for the May 10th, but once that is done, he has no problem with their depositions being taken in the morning, and the deposition of Mr. Brown and Mrs. Martin taking place that afternoon.

On the other hand, Deputy Harris is no longer a party to this suit, but has made himself available for his deposition to be taken on May 10th at 9:00 a.m. Please feel free to send a representative in your stead. However, Attorney Townsend plans to go forward with the deposition of Deputy Harris as scheduled.

Please understand that as a nonparty Deputy Harris's availability will have to be coordinated with his attorney, C. Richard Hill, at Webb & Eley. We have no input as to the dates and times to schedule a depostion for Deputy Harris.

Attorney Townsend will have to check with his expert to determine his availability regarding the dates you have provided, and will inform you once he can confirm a date and time for you to take his deposition.

Thanks

Brian Leonard
Legal Assistant
Townsend & Associates

*Celeste Holpp <cholpp@nwkt.com>* wrote:

> Tyrone & Brian,
>
> Mr. Brown is available for his deposition at 2:00 on Thursday, May 10.  It is very unlikely that we can finish Deputy Harris' deposition and both plaintiffs' depositions before 2:00 on May 10th.  We will have to schedule Deputy Harris' deposition for another day.  We have not discussed scheduling his deposition before this email you just sent today with only one week's notice.
>
> I have been requesting dates for your clients' depositions since January and am not willing to rush through party depositions in one day at this late date for Deputy Harris' deposition to take place then.  Please note, I am not available for his deposition in addition to the plaintiffs and Mr. Brown's depositions on the 10th.
>
> I am available for Deputy Harris' deposition on May 11, 14, 16, or 17.  I would like to take your expert's deposition on either May 14, 16, or 17 at my office.  I look forward to prompt reply.  Thank you.
>
>
> Celeste P. Holpp, Esquire
> Norman, Wood, Kendrick & Turner
> The Financial Center, Suite 1600
> 505 20th Street North
> Birmingham, AL 35203
> DDN:  205.259.1035
> Main #:  205.328.6643
> Fax #:  205.251.5479
> Email:  cholpp@nwkt.com



EXHIBIT

K

6/18/2007

**From:** Brian Leonard [mailto:brn_leonard@yahoo.com]
**Sent:** Thursday, May 03, 2007 11:42 AM
**To:** Celeste Holpp
**Subject:** RE: Hester/our file 5918

Thank you for your response. We are in the process of confirming the Plaintiff's availability for that date as well, and will contact you once we receive confirmation from them.

Also, Attorney Townsend has scheduled the deposition of Deputy Jimmy Harris for 9:00 a.m. on May 10th. In order to complete the deposition of all defendants in the morning, he would like to depose your clients following Deputy Harris' deposition, and then make the Plaintiffs available in the afternoon.

Please contact me to confirm Mr. Brown's availability for that date, as well as the order of depositions.

Thanks.

Brian Leonard,
Legal Assistant
Townsend & Associates, LLC

*Celeste Holpp <cholpp@nwkt.com> wrote:*

> Thank you for your email.  I have left a message with Mr. Brown to see if he is available & will contact you or Mr. Townsend to confirm hopefully today.
>
> I would like to take the plaintiffs' depositions in the morning and make Mr. Brown & Ms. Martin available in the afternoon.
>
> Celeste P. Holpp, Esquire
> Norman, Wood, Kendrick & Turner
> The Financial Center, Suite 1600
> 505 20th Street North
> Birmingham, AL 35203
> DDN:  205.259.1035
> Main #:  205.328.6643
> Fax #:  205.251.5479
> Email:  cholpp@nwkt.com

> **From:** Brian Leonard [mailto:brn_leonard@yahoo.com]
> **Sent:** Tuesday, May 01, 2007 5:02 PM
> **To:** Celeste Holpp
> **Subject:** Re: Hester/our file 5918
>
> Mrs. Holpp,
>
> Attorney Townsend would like to conduct the depositions of all parties on Thursday, May 10th, beginning at 10:00 a.m. at the offices of  Webb & Eley, 7475 Halcyon Pointe Drive, Montgomery, Alabama 36124. Attorney C. Richard Hill, at Webb & Eley, has agreed to provide the use of their conference room for the entire day. Thus, to save time and expense for all parties involved, Attorney Townsend proposes that all depositions take place on that day. Please confirm your clients' availability for Thursday, May 10th, beginning at 10:00 a.m., and let me know whether or not this date will work you and your clients.
>
> Sincerely,
>
> Brian Leonard
> Legal Assistant
> Townsend & Associates, LLC

> *Celeste Holpp <cholpp@nwkt.com> wrote:*
>> Tyrone & Brian,

6/18/2007



EXHIBIT

K