## Celeste Holpp

| | |
|---|---|
| **From:** | Celeste Holpp |
| **Sent:** | Friday, May 04, 2007 10:34 AM |
| **To:** | 'Tyrone Townsend' |
| **Cc:** | brn_leonard@yahoo.com; Finleylawfirm@aol.com |
| **Subject:** | RE: Fwd: RE: Hester/our file 5918 |

I am not sure what additional info you are wanting from me.

I confirmed yesterday Mr. Brown's deposition for 2:00 on Thursday, May 10th -- he is not available that morning as he will be coming off a 24-hour work shift to make this happen & driving immediately from the coast area to Montgomery to make it by 2:00.

I have given you dates I am available for Dep. Harris' and your expert's depositions.  Do any of the other dates I provided work for you – other than the 14th & 17th - for Harris' & your expert's depositions (it doesn't sound like your trial conflicts with May 11 & May 17)?

I still need you to confirm your clients' depositions for the morning of May 10th – please provide confirmation today.  Thank you.

Celeste P. Holpp, Esquire
Norman, Wood, Kendrick & Turner
The Financial Center, Suite 1600
505 20th Street North
Birmingham, AL 35203
DDN:  205.259.1035
Main #:  205.328.6643
Fax #:  205.251.5479
Email:  cholpp@nwkt.com

**From:** Tyrone Townsend [mailto:ttowns1@msn.com]
**Sent:** Friday, May 04, 2007 10:32 AM
**To:** Celeste Holpp
**Cc:** brn_leonard@yahoo.com; Finleylawfirm@aol.com
**Subject:** RE: Fwd: RE: Hester/our file 5918

Dear Celeste,

Unfortunately I have discovered a conflict with the May 14, date. I am slated to start a jury trial the morning of the 14th and I fully expect the trial to last 3 days if not longer. Our discovery deadline is also on the 17th of May. Since the judge has already extended the deadline once I am not sure he will do so again. Please get back to me immediately so we can try to get a solid schedule for depositions done today. Also I hope to have spoken with my clients and co-counsel sometime today so that I can tender a revised settlement offer in hopes of resolving this case expeditiously. Thank you.

Tyrone Townsend

**From:** *"Celeste Holpp" <cholpp@nwkt.com>*
**To:** *"Tyrone Townsend" <ttowns1@msn.com>*
**CC:** *<brn_leonard@yahoo.com>,<Finleylawfirm@aol.com>*
**Subject:** *RE: Fwd: RE: Hester/our file 5918*
**Date:** *Fri, 4 May 2007 10:09:24 -0500*

**EXHIBIT**
**L**

Thanks Tyrone.  Please check with Richard Hill to see if Dep. Harris is available on the 14th before serving a subpoena for his deposition.  Please also advise when your expert is available for deposition on those same dates I provided to you.

I look forward to receiving your demand and seeing if we can resolve this case within reason.  Thank you.