## Celeste Holpp

**From:**     Celeste Holpp
**Sent:**     Friday, May 18, 2007 8:10 AM
**To:**       'Brian Leonard'
**Cc:**       'Tyrone Townsend'
**Subject:** RE: Expert Witness Deposition Date

I am not available on May 24 or 25.  Are they available on May 22 or 23?  Thank you.

Celeste P. Holpp, Esquire
Norman, Wood, Kendrick & Turner
The Financial Center, Suite 1600
505 20th Street North
Birmingham, AL 35203
DDN:  205.259.1035
Main #:  205.328.6643
Fax #:  205.251.5479
Email:  cholpp@nwkt.com

**From:** Brian Leonard [mailto:brn_leonard@yahoo.com]
**Sent:** Thursday, May 17, 2007 6:38 PM
**To:** Celeste Holpp
**Subject:** Expert Witness Deposition Date

Mrs. Holpp,

Attorney Townsend & our expert witness will be available for you to depose him on the morning of May 24, 2007.
Please let me know whether this date will work for you. Thank you.

Sincerely,

Brian Leonard
Legal Assistant
Townsend & Associates, LLC

Sick sense of humor? Visit Yahoo! TV's Comedy with an Edge to see what's on, when.

6/18/2007

