Page 1

**NATIONAL COURT REPORTING**

```
1    IN THE UNITED STATES DISTRICT COURT
2    FOR THE MIDDLE DISTRICT OF ALABAMA
3              NORTHERN DIVISION
4
5    SHYANDREA HESTER and,
6    MARY HESTER,
7
8                    Plaintiffs,
9
10        VS.              CIVIL ACTION
11                         NO. CV-06-572-WHA
12
13   LOWNDES COUNTY COMMISSION,
14   CHRISTOPHER BROWN, EMERGYSTAT, DEPUTY
15   JIMMY HARRIS, et al.,
16
17                    Defendants.
18
19        DEPOSITION OF SHYANDREA HESTER
20              May 10, 2007
21                2:25 P.M.
22
23
```

ORIGINAL

EXHIBIT
0

367 VALLEY AVENUE
1-800-638-3917  Birmingham, Alabama 35209  (205) 252-6205

NATIONAL COURT REPORTING

```
 1   up front all night.  So we decided to
 2   call the ambulance.  That way I can
 3   go up through the bay area and get
 4   seen quicker and just get it all over
 5   with.
 6        Q.   Okay.  And when you said
 7   she and we, are you speaking of you
 8   and your mother only that had this
 9   conversation, or was anyone else
10   present for that conversation?
11        A.   A lot of people were
12   around.  I don't know who overheard
13   it, but I was speaking to my mother.
14        Q.   Okay.  At any time did you
15   get into your the mother or father's
16   vehicle?
17        A.   No.
18        Q.   And after the ambulance
19   arrived did you speak to the
20   paramedics by yourself or were other
21   people still around?
22        A.   Other people were still
23   around.
```

EXHIBIT O