### NORMAN, WOOD, KENDRICK & TURNER
ATTORNEYS AT LAW
FINANCIAL CENTER - SUITE 1600
505 TWENTIETH STREET NORTH
BIRMINGHAM, ALABAMA 35203

WILLIAM C. WOOD
THOMAS A. KENDRICK
KILE T. TURNER
MARK P. WILLIAMS
CELESTE P. HOLPP
MATTHEW W. ROBINETT

TELEPHONE (205) 328-6643
DIRECT DIAL (205) 259-1035
FACSIMILE (205) 251-5479
EMAIL: cholpp@nwkt.com
WEBSITE: www.nwkt.com

May 2, 2007

JAMES L. PATTILLO
HOLLY S. BELL
WILLIAM H. McKENZIE, IV

ROBERT D. NORMAN
1924 - 2005

Tyrone Townsend, Esq.
P.O. Box 2105
Birmingham, Alabama 35201

Re:   *Shyandrea Hester, et al. v. Lowndes County Commission, et al.*
      *Our File No.: 5918*

Dear Tyrone:

Please find enclosed our Rule 26(a)(2) Disclosure of Expert in the above-referenced matter. We have not received your supplement expert's report that you were to have filed in accordance with Rule 26(a)(2). Please provide this Report by Monday, May 7, 2007.

Very truly yours,

Celeste P. Holpp

CPH/baw
Enclosure

EXHIBIT A