**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| SHYANDREA HESTER and MARY HESTER, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO.: CV-06-572-WHA |
| LOWNDES COUNTY COMMISSION, CHRISTOPHER BROWN, EMERGYSTAT, DEPUTY JIMMY HARRIS, et al., | ) ) ) ) ) ) | |
| Defendants. | ) | |

**JOINT STIPULATION FOR AND REQUEST FOR DISMISSAL WITH PREJUDICE**

COME NOW the plaintiff, Shyandrea Hester, and the defendants, Emergystat, Inc. and Christopher Brown, and show to the Court that they have stipulated and agreed upon a compromised settlement and release of all claims which have or could have been presented in this suit against the defendants and hereby jointly move this Court to enter an Order dismissing the case against the defendants, Emergystat, Inc. and Christopher Brown, with prejudice with all parties bearing their own costs.

Respectfully submitted,

s/ Celeste Holpp
Celeste P. Holpp
Bar Number: ASB-0013-A50C
Attorney for Defendant, Emergystat, Inc.
Norman, Wood, Kendrick & Turner
Financial Center – Suite 1600
505 20th Street North
Birmingham, Alabama 35203
Phone: (205) 328-6643
Fax: (205) 251-5479
Direct Dial: (205) 259-1035
Email: cholpp@nwkt.com

<div style="margin-left:50%">

<u>s/ Tyrone Townsend</u>
Tyrone Townsend
State Bar I.D. No.:  ASB-4782-T72T
Attorney for Plaintiffs
P.O. Box 2105
Birmingham, Alabama  35201
Phone:  (205) 252-3999
Email:  TTowns1@msn.com


<u>s/ James Earl Finley</u>
James Earl Finley
State Bar I.D. No.:  ASB-2047-LJ
Attorney for Plaintiffs
P.O. Box 91
Trussville, Alabama  35173
Phone:  (205) 655-9286
Fax:  (205) 655-9787
Email:  Finleylawfirm@aol.com

</div>

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| SHYANDREA HESTER and MARY HESTER, ) ) ) Plaintiffs, ) ) v. ) ) ) LOWNDES COUNTY COMMISSION, ) CHRISTOPHER BROWN, ) EMERGYSTAT, DEPUTY JIMMY ) HARRIS, et al., ) ) Defendants. ) | CIVIL ACTION NO.: CV-06-572-WHA |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of July, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James Earl Finley finleylawfirm@aol.com
Tyrone Townsend TTowns1@msn.com

                                                s/ Celeste P. Holpp
                                                Norman, Wood, Kendrick & Turner
                                                Financial Center – Suite 1600
                                                505 20th Street North
                                                Birmingham, AL  35203
                                                Phone:  (205) 328-6643
                                                Fax:  (205) 251-5479
                                                Direct Dial:  (205) 259-1035
                                                Email:  cholpp@nwkt.com