IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHYANDREA HESTER, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:06cv572-WHA |
| | ) |
| LOWNDES COUNTY COMMISSION, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the Joint Stipulation for and Request for Dismissal with Prejudice (Doc. #50), filed by the parties on July 9, 2007, and for good cause shown, it is hereby

ORDERED that this case is DISMISSED with prejudice, the parties to bear their own costs.

DONE this 10th day of July, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE